**FILED**

NOV 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

RALPH COLEMAN; et al.,

    Plaintiffs - Appellees,

 v.

GAVIN NEWSOM; et al.,

    Defendants - Appellants.

No. 24-4023

D.C. No. 2:90-cv-00520-KJM-DB
Eastern District of California, Sacramento

ORDER

The motion to stay the district court's June 25, 2024 and June 27, 2024 orders (Docket Entry No. 19) is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT